# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2164
Lower Tribunal No. 19-CF-315

_____

TERRENCE THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Hendry County.
James D. Sloan, Judge.

June 9, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and BROWNLEE, JJ., concur.


Paula C. Coffman, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED